# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON JEFFERSON,                )
                                  )
      Petitioner,              )        2:12-cv-00504-GMN-PAL
                                  )
vs.                               )        **ORDER**
                                  )
CLARK COUNTY SHERIFF, *et al.*,   )
                                  )
      Respondents.             )
_____/

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas petition in federal court, petitioner must either submit the $5.00 filing fee for habeas petitions or submit an application to proceed *in forma pauperis*.

      **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

      **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, one copy of instructions for the same, and one copy of the petition in this action.

      **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

      Dated this 30th day of March, 2012.

                                                        _____
                                                        Gloria M. Navarro
                                                       United States District Judge