# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDON JEFFERSON,

    Petitioner,

vs.

CLARK COUNTY SHERIFF, *et al.*,

    Respondents.

2:12-cv-00504-GMN-PAL

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas petition in federal court, petitioner must either submit the $5.00 filing fee for habeas petitions or submit an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, one copy of instructions for the same, and one copy of the petition in this action.

**IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 30th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge